UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

LANCER INSURANCE COMPANY,

        Plaintiff,

vs.                        Case No.

PERSONALIZED COACHES, INC.,
CHRISTOPHER J. KOLENO, and
ESTATE OF CHRISTOPHER A. KOLENO, SR.,

        Defendants.

---

**DISCLOSURE STATEMENT**

---

The undersigned, counsel of record for Lancer Insurance Company, plaintiff, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

    (1)    Lancer Insurance Company.

    (2)    Lancer Insurance Company is a wholly owned subsidiary of Lancer Financial Group, Inc., which is a privately held corporation with no parent corporation, nor any publicly held corporation owning 10% or more of this party's stock.

    (3)    Scopelitis Garvin Light Hanson & Feary P.C.

1

Dated:  July 22, 2016.

s/Jay R. Starrett
Jay R. Starrett
State Bar No. 1011278
Attorneys for Plaintiff
SCOPELITIS GARVIN LIGHT HANSON &
FEARY P.C.
330 East Kilbourn Avenue, Suite 827
Milwaukee, WI  53202
Telephone:  (414) 219-8500
Fax:  (414) 278-0618
E-Mail:  jstarrett@scopelitis.com

4825-7344-4149, v. 1